IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03474-GPG

LATOYA GRADY,

    Plaintiff,

v.

DIRECTV CUSTOMER SERVICES INC.,
BARNETT ASSOCIATES INC.,
LAURA BARNETT, individually,
ALAN PALMER, individually, and
JESSICA SISNEROS, individually,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED February 3, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            S/ Gordon P. Gallagher

                                            United States Magistrate Judge