IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03474-NYW

LATOYA GRADY,

     Plaintiff,

v.

DIRECTV CUSTOMER SERVICES INC.,
ALAN PALMER, and
JESSICA SISNEROS,

     Defendants.

_____

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

Magistrate Judge Nina Y. Wang

This civil action comes before the court for personal service of the First Amended Complaint [#16] on Defendants Alan Palmer and Jessica Sisneros. Plaintiff Latoya Grady initiated this action on December 26, 2014, by filing her Complaint against Defendants Palmer, Sisneros, DirecTV Customer Services Inc., Barnett Associates Inc., and Laura Barnett. [#1]. On January 5, 2015, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [#4]. The Clerk of Court mailed a Certificate of Service to these Defendants on February 5, 2015, along with a copy of the Complaint, summons, and Notice of Availability of Magistrate Judge. [#7]. The US Marshals Service attempted service on DirecTV Customer Services Inc. on February 6, 2015, and determined that Defendant was not located at the address provided. [#15].

Plaintiff filed a First Amended Complaint ("FAC") on March 25, 2015, omitting Barnett Associates Inc. and Laura Barnett as Defendants. [#16]. The FAC states that DirecTV Customer Services Inc. maintains a principal place of business at 1560 Broadway Street, Denver, CO 80202, which

is the address at which service was previously attempted.  [*See* #15].  Upon information and belief, Defendant Alan Palmer resides or can be located at 7001 Highway 73, Evergreen, CO 80439 and Defendant Jessica Sisneros resides or can be located at 161 Inverness Drive West, Englewood, CO 80112. *See* [#16 at ¶¶ 3, 4].  Accordingly,

IT IS ORDERED that the United States Marshal shall serve a copy of the FAC [#16] and summons upon **Alan Palmer** and **Jessica Sisneros** as identified above.  Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that after service of process, Defendants Palmer and Sisneros shall respond to the FAC as provided for in the Federal Rules of Civil Procedure.

DATED: March 31, 2015

BY THE COURT:


      s/ Nina Y. Wang
United States Magistrate Judge